LAW OFFICE OF
**PETER A. ROMERO**

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

September 6, 2023

**VIA ECF**

Hon. Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Lopez v. Veridian Group Inc. et al.*
      Case No.: 23-cv-03692 (GRB) (ST)

Dear Judge Brown:

  This firm represents the Plaintiff, Carlos Vasquez Lopez, in the above-referenced action against his former employer, Defendant Veridian Group Inc. and its principal, Defendant Michael Musacchio, alleging that Defendants violated the Fair Labor Standards Act and New York Labor Law by failing to pay him overtime wages when he worked more than forty (40) hours per week.  The parties have reached a settlement of Plaintiff's claims. We now seek approval of the parties' settlement of Plaintiffs' FLSA claims pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  The parties have memorialized their resolution in a Settlement Agreement and Release ("Agreement"), attached hereto as Exhibit A.  The release set forth in the Agreement is limited to claims arising under the FLSA and NYLL. The Agreement does not contain any confidentiality or non-disclosure provision or non-disparagement provision.

  The Agreement is reasonable and in the best interest of Plaintiff.  The parties agreed to fully and finally resolve all of Plaintiff's claims by having Defendants pay Plaintiff a total of $15,000.00, including attorneys' fees and costs.  Plaintiff believes that the agreement is fair and reasonable under the circumstances. Defendants vigorously disputed liability and damages.  The parties held vastly different views regarding the number of hours worked by Plaintiff each week, as well as the number of overtime hours worked by Plaintiff. Due to the fact-intensive nature of these inquiries, a resolution of this dispute would require extensive discovery and dispositive motion practice. Moreover, due to the seasonal nature of Defendants' business, the likelihood that Plaintiff could obtain and collect a judgment in an amount greater than the settlement amount is far from certain. Accordingly, resolving the action on behalf of Plaintiff at this early juncture provides certainty, in that Plaintiff will receive compensation for his alleged unpaid overtime wages.

In light of the significant litigation risks outlined above, all parties believe that this settlement is fair. Although there is a possibility that Plaintiff could recover higher damages if the case proceeded to trial, there is also the possibility that he could receive much lower damages, or nothing at all. Accordingly, the risks and uncertainties discussed above are substantial. Moreover, Plaintiff will be able to recover settlement funds more expeditiously, and with more certainty, than a trial judgment, since the parties would need to take depositions and likely brief numerous motions on the merits before trial could commence.

As set forth in the attached Agreement, the parties have agreed to settle this action, pursuant to an appropriately limited release, for a total settlement amount of $15,000.00 (the "Settlement Amount"). This amount includes $5,374.00, representing $4,813.00 in attorneys' fees, and $561.00 in costs incurred ($402 filing fee and $159 for service of process).

The attorney's fee represents one-third (33.3%) of the total settlement amount after deducting for costs and expenses and is reasonable. Plaintiff's counsel researched and investigated the claims, conducted an in-depth and detailed inquiry regarding Plaintiff's job duties, hours worked and compensation, commenced this action, prepared a detailed assessment of damages, and negotiated the settlement. Due to the contingent nature of the case, Plaintiff's counsel undertook these efforts with no ultimate guarantee of compensation. Plaintiff's counsel was zealous in the pursuit of Plaintiff's litigation objectives and secured a favorable result on the Plaintiff's behalf.

In short, the settlement is the result of substantial negotiations and compromise by both parties. The parties believe that the proposed settlement is completely fair, reasonable, and adequate to the Plaintiff in light of the risks of litigation and should be approved.

Respectfully submitted,

/s Peter A. Romero

PETER A. ROMERO